UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 5: 13-154-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| WARREN DOUGLAS ADAMS, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is pending for consideration of the Recommended Disposition regarding Defendant Warren Douglas Adams' competency. [Record No. 37] Following an evaluation conducted by licensed forensic psychologist Judith Campbell, Ph.D., at the Federal Medical Center in Lexington, Kentucky, United States Magistrate Robert E. Wier held a competency hearing and issued a Recommended Disposition. [*See* Record No. 24.] After reviewing all relevant materials, Magistrate Judge Wier recommended that the Court find Adams competent to proceed in this matter. [Record No. 37, pp. 5-6] Adams has not filed any objections to the Recommended Disposition. Having fully considered the matter, the Court will adopt the magistrate judge's recommendation in full.

While this Court must make a *de novo* determination of those portions of the magistrate judge's recommendations to which an objection is made, 28 U.S.C. § 636(b)(1)(C), "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those

findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Moreover, a party who fails to file objections to a magistrate judge's proposed findings of fact and recommendation waives the right to appeal. *See United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008); *Wright v. Holbrook*, 794 F.2d 1152, 1154-55 (6th Cir. 1986).

As outlined in the Recommended Disposition, the magistrate judge found no evidence to support a finding that the defendant is not competent, and found nothing that would permit an incompetency finding by a preponderance of the evidence. [Record No. 37, pp. 5-6] Further, the evidence supports a finding that Adams is able to understand the nature and consequences of the proceedings and can properly assist in his defense. [*Id.*] Accordingly, it is hereby

**ORDERED** as follows:

1. The Recommended Disposition of Magistrate Judge Robert E. Wier [Record No. 37] is **ADOPTED** and **INCORPORATED** herein by reference.

2. The Court finds that Defendant Warren Douglas Adams is competent to face further proceedings, include trial.

This 31st day of March, 2014.



Signed By:
*Danny C. Reeves* DCR
United States District Judge